20197. HIX, County School Superintendent, *et al.* v. PADGETT.
20198. HIX, County School Superintendent, *et al.* v. MORGAN.
20199. HIX, County School Superintendent, *et al.* v. ELROD.
20200. HIX, County School Superintendent, *et al.* v. ELLENBURG.

HAWKINS, Justice. These cases are controlled by the rulings in *Hix* v. *Ramey,* ante.

*Judgments reversed. All the Justices concur.*

SUBMITTED SEPTEMBER 9, 1958—DECIDED OCTOBER 10, 1958.

*Thomas J. Espy, Jr.,* for plaintiffs in error.
*Bobby Lee Cook, F. H. Boney, A. Cecil Palmour,* contra.